UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-307-SDM-TGW

HURTADO RENTERIA LUIS HERNANDO

### JOINT STATUS REPORT (JANUARY 2023)

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's Order of November 5, 2020, the United States, after consultation with counsel for the above-named defendant, herein states as follows:

1. **Brief summary of the case's status:**

The defendant, Hurtado Renteria Luis Hernando (Hurtado Renteria),[1] was charged in a two-count indictment on October 6, 2020. Count One charges a conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. Count Two charges a possession with the intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. The defendant was arrested in Miami, FL on October 9, 2020. The defendant made an initial

---

[1] The defendant's true name is believed to be Luis Hernando Hurtado Renteria. The case caption has not yet been changed.

appearance in the Middle District of Florida on November 5, 2020. He was arraigned on November 5, 2020, and entered pleas of not guilty to all counts in the Indictment. The defendant remains detained pending trial. Initial discovery was provided on or about November 10, 2020, and is ongoing. Two codefendants, Barahona Gomez and Valencia Garces, were adjudicated guilty, pursuant to their pleas, on January 28, 2021, and March 24, 2021, respectively, and have been sentenced.

On March 12, 2021, Magistrate Judge Wilson ordered a competency evaluation of defendant Hurtado Renteria. Mr. Hurtado Renteria was designated to FCI Englewood for such evaluation. The evaluation was completed on October 26, 2021, with the evaluator opining that Mr. Hurtado-Renteria is not competent to stand trial and that he should be committed to a federal medical center for treatment for restoration pursuant to 18 U.S.C. § 4241(d). Mr. Hurtado Renteria was determined incompetent and ordered committed for restoration on November 22, 2021. Doc. 125. He arrived at Federal Medical Center (FMC) Butner on May 24, 2022. On May 25, 2022, FMC Butner requested pertinent material from the parties to support its comprehensive evaluation, which the government has since provided. On May 27, 2022, FMC Butner advised that it anticipated the evaluation period to end on September 20, 2022, and that it would attempt to provide a final report to the Court within fourteen (14) business days of that date. FMC Butner submitted its final report to the Court on October 3, 2022.

On November 4, 2022, Magistrate Judge Wilson held a status conference on the report. In accordance with the report's recommendation, and without objection from the parties, Magistrate Judge Wilson extended the evaluation and treatment period for an additional 120 days.

2. **Possibility of a plea agreement as to each defendant:**

As noted above, Mr. Gomez and Mr. Valencia Garces have both pleaded guilty and been sentenced. On or about November 17, 2020, the government extended a plea offer to Mr. Hurtado Renteria. Possibility of a plea is contingent on Mr. Hurtado Renteria's successful restoration to competency.

3. **Number of days required for trial:**

The government would require two days to present its case-in-chief; and defense counsel would require an additional day to present his defense case.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

5. **Potential speedy trial problems:**

At this time, the parties do not anticipate any speedy trial concerns. This case was continued until further notice due to the pending competency restoration of defendant Hurtado Renteria. *See* Doc. 69.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Matthew J. Del Mastro*
Matthew J. Del Mastro
Special Assistant United States Attorney
United States Attorney's Office No. 203
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Matthew.Del.Mastro@usdoj.gov

U.S. v. Luis HernandoCase No. 8:20-cr-307-SDM-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice to:

Anthony M. Candela, Esquire

/s/ *Matthew J. Del Mastro*
Matthew J. Del Mastro
Special Assistant United States Attorney
United States Attorney's Office No. 203
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:(813) 274-6000
Facsimile:(813) 274-6358
E-mail: Matthew.Del.Mastro@usdoj.gov

5