UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:20-cr-307-SDM-TGW

LUIS HERNANDO HURTADO RENTERIA
    a/k/a/ HURTADO RENTERIA LUIS HERNANDO

### JOINT STATUS REPORT (MAY 2023)

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's Order of November 5, 2020, the United States, after consultation with counsel for the above-named defendant, herein states as follows:

1. **Brief summary of the case's status:**

The defendant, Luis Hernando Hurtado Renteria, was charged in a two-count indictment on October 6, 2020. Count One charges a conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. Count Two charges a possession with the intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. The defendant was arrested in Miami, FL on October 9, 2020. The defendant made an initial appearance in the Middle District of Florida on November 5, 2020. He was arraigned on November 5, 2020, and entered

pleas of not guilty to all counts in the Indictment. The defendant remains detained pending trial. Initial discovery was provided on or about November 10, 2020, and is ongoing. Two codefendants, Barahona Gomez and Valencia Garces, were adjudicated guilty, pursuant to their pleas, on January 28, 2021, and March 24, 2021, respectively, and have been sentenced.

On March 12, 2021, Magistrate Judge Wilson ordered a competency evaluation of defendant Hurtado Renteria. Mr. Hurtado Renteria was designated to FCI Englewood for such evaluation. The evaluation was completed on October 26, 2021, with the evaluator opining that Mr. Hurtado-Renteria is not competent to stand trial and that he should be committed to a federal medical center for treatment for restoration pursuant to 18 U.S.C. § 4241(d). Mr. Hurtado Renteria was determined incompetent and ordered committed for restoration on November 22, 2021. Doc. 125. He arrived at Federal Medical Center (FMC) Butner on May 24, 2022. After a period of evaluation, FMC Butner submitted its final report to the Court on October 3, 2022.

On November 4, 2022, Magistrate Judge Wilson held a status conference on the report. In accordance with the report's recommendation, and without objection from the parties, Magistrate Judge Wilson extended the evaluation and treatment period for an additional 120 days. In January 2023, FMC Butner advised that it anticipated the extended evaluation period to end on March 3, 2023, and that it would attempt to provide a final report to the Court within fourteen (14) business

days of that date. FMC Butner completed this evaluation and submitted its new report to the Court on March 6, 2023.

On March 30, 2023, Magistrate Judge Wilson held a status conference on the new report. In accordance with the report's findings, and without objection from the parties, Magistrate Judge Wilson found that the defendant is now competent to stand trial (Doc. 158). The defendant arrived back in the Middle District of Florida on May 1, 2023. The undersigned notified Magistrate Judge Wilson's chambers of the defendant's return, and the parties are awaiting Magistrate Judge Wilson's amended pretrial discovery order with a trial date (Doc. 158).

2. **Possibility of a plea agreement as to each defendant:**

As noted above, Mr. Gomez and Mr. Valencia Garces have both pleaded guilty and been sentenced. The government had previously extended Mr. Hurtado Renteria a plea offer, which was put on hold due to his competency issues. On May 2, 2023, the government provided Mr. Hurtado Renteria an updated plea agreement for his consideration.

3. **Number of days required for trial:**

The government would require two days to present its case-in-chief; and defense counsel would require an additional day to present his defense case.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

5.   **Potential speedy trial problems:**

At this time, the parties do not anticipate any speedy trial concerns.

                                      Respectfully submitted,

                                      ROGER B. HANDBERG
                                      United States Attorney

                  By:   */s/ Matthew J. Del Mastro*
                          Matthew J. Del Mastro
                          Special Assistant United States Attorney
                          United States Attorney's Office No. 203
                          400 N. Tampa Street, Suite 3200
                          Tampa, Florida 33602-4798
                          Telephone:   (813) 274-6000
                          Facsimile:   (813) 274-6358
                          E-mail: Matthew.Del.Mastro@usdoj.gov

| U.S. v. Hurtado Renteria | Case No. 8:20-cr-307-SDM-TGW |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice to:

Anthony M. Candela, Esquire

*/s/ Matthew J. Del Mastro*
Matthew J. Del Mastro
Special Assistant United States Attorney
United States Attorney's Office No. 203
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Matthew.Del.Mastro@usdoj.gov